UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| BRANDON FAVOR, CDCR #G-60488;<br>LUIS MANUEL GARCES,<br>CDCR #V-47652,<br><br>                                Plaintiffs,<br><br>vs.<br><br>STATE OF CALIFORNIA, et al.,<br><br>                                Defendants. | Case No.: 3:17-cv-00587-CAB-JMA<br><br>**ORDER GRANTING MOTION TO WITHDRAW COMPLAINT AND STRIKING MOTION FOR EXTENSION OF TIME**<br><br>**[ECF Nos. 3, 5]** |
|---|---|

On March 20, 2017, "Brandon Favor, LLP," a prisoner incarcerated at California Correctional Institution ("CCI") in Tehachapi, filed a civil rights complaint pursuant to 42 U.S.C. § 1983 on behalf of a fellow inmate, Manuel Luis Garces. (ECF No. 1).

The Complaint is not signed by Garces, but is instead signed by Favor, who claims to be a limited liability partnership doing business as "Miller & Miller Associates, 3307 West 43rd Street, Los Angeles, California."[1] (ECF No. 1 at 1, 8.) The pleading contains constitutional catchphrases like "freedom from cruel and unusual punishment," "equal protection," and "due process," but it contains no factual allegations whatsoever, and it

---

[1] According the California State Bar website, the address provided by Favor is for Halvor Thomas Miller, Jr., California State Bar #40247, an attorney who is no longer eligible to practice law in California. *See* http://members.calbar.ca.gov/fal/Member/Detail/40247 (last visited June 29, 2017).

1

3:17-cv-00587-CAB-JMA

seeks injunctive relief preventing "further prosecution," and ordering "immediate release with or by bond/bail." (*Id.* at 4-7.)

Neither Favor nor Garces paid the $400 civil filing fee required to commence a civil action pursuant to 28 U.S.C. § 1914(a), and neither had filed a Motion to Proceed In Forma Pauperis ("IFP") pursuant to 28 U.S.C. § 1915(a). Indeed, Brandon Favor, CDCR #G-60488, is no longer entitled to proceed IFP as a result of his frivolous filing. *See Favor v. Richard J. Donovan Correctional Facility, et al.,* S.D. Cal. Civil Case No. 3:15-cv-01547-AJB (DHB) (Oct. 21, 2015) (Order denying leave to proceed IFP pursuant to 28 U.S.C. § 1915(g)) (ECF No. 7); *Bias v. Moynih*an, 508 F.3d 1212, 1225 (9th Cir. 2007) (court "'may take notice of proceedings in other courts, both within and without the federal judicial system, if those proceedings have a direct relation to matters at issue.'") (quoting *Bennett v. Medtronic, Inc.*, 285 F.3d 801, 803 n.2 (9th Cir. 2002)). Therefore, this case is subject to immediately dismissal for this reason alone.

However, on April 5, 2017, Plaintiff Garces filed a Motion requesting the "withdrawal" of the Complaint "without prejudice," acknowledging it was filed by Favor. Garces also requests no further "document, motion, complaint or request … be filed on [his] behalf … by Mr. Brandon Favor." (ECF No. 3 at 1.)

**Conclusion and Order**

The Court construes Garces' request as a Notice of Voluntary Dismissal and **GRANTS** his Motion to Withdraw pursuant to FED. R. CIV. P. 41(a)(1) (ECF No. 3). The case is **DISMISSED** without prejudice. Brandon Favor's subsequent Motion for Extension of Time (ECF No. 5) is **STRICKEN** from the record.

The Clerk shall enter judgment accordingly. **IT IS SO ORDERED**.

Dated: June 30, 2017

_____
Hon. Cathy Ann Bencivengo
United States District Judge