

# United States District Court
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Brandon Favor; Luis Manuel Garces | Civil Action No. 17-cv-00587-CAB-JMA |
| **Plaintiff,** | |
| V. | |
| California, State of, Government Entity; Warden; Rodolfo Janet Rodriguez; Jorge Yamile Lee | **JUDGMENT IN A CIVIL CASE** |
| **Defendant.** | |

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court construes Garces' request as a Notice of Voluntary Dismissal and Grants his Motion to Withdraw pursuant to FED. R. CIV. P. 41(a)(1) (ECF No. 3). The case is Dismissed without prejudice. Brandon Favor's subsequent Motion for Extension of Time (ECF No. 5) is Stricken from the record. The Clerk shall enter judgment accordingly. It Is So Ordered.

Date: 6/30/17

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By: s/ J. Gutierrez
J. Gutierrez, Deputy